UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BROWN,

                                    CASE NO. 2:19-CV-10695

      Plaintiff,                    HON. VICTORIA A. ROBERTS

v.

DAILY FACILITY SERVICES, LLC,
a Michigan Limited Liability Company
and MPS GROUP, INC., a Michigan Corporation,

      Defendants.
_____/

| | |
|---|---|
| **THOMAS H. RANDOLPH, III (P53563)** | **KENNETH A. RICH (P38349)** |
| **ASHLEY J. BURRESS (P79614)** | **ERIN K. SCULLY (P82301)** |
| **RANDOLPH LAW GROUP, PC** | **RICH, CAMPBELL & ROEDER, PC** |
| Attorneys for Plaintiff | Attorney for Daily Facility Services, LLC |
| 6330 East Jefferson avenue | 30665 Northwestern Highway, Suite 160 |
| Detroit, Michigan 48207 | Farmington Hills, Michigan 48334 |
| (248) 851-1222 / (248) 254-6534 – fax | (248) 406-8000 / (248) 406-8001 – fax |
| thomas@randolphlawgroup.com | krich@rcrfirm.com |
| ashley@randolphlawgroup.com | escully@rcrfirm.com |
| | cnims@rcrfirm.com |

**JOHN J. O'SHEA (P52009)**
**LAW OFFICE OF JOHN J. O'SHEA, P.L.C.**
Attorney for MPS Group, Inc.
18000 Mack Avenue
Grosse Pointe, Michigan 48230
(313) 884-2000
oshealaw@att.net
_____/

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

      The parties, by and through their undersigned counsel, hereby stipulate and agree that Plaintiff's Complaint against Defendant, DAILY FACILITY SERVICES, LLC, is dismissed with prejudice. Each party will bear its own costs, attorney fees and expenses. There will be no taxing of costs, fees or expenses.

2

IT IS SO ORDERED that Plaintiff's Complaint against Defendant DAILY FACILITY SERVICES, LLC is dismissed with prejudice. Plaintiff's claims against Defendant MPS GROUP, INC. were previously dismissed by an Order dated December 17, 2019.

*This is a final Order that closes the case.*

**IT IS SO ORDERED.**

Dated: January 8, 2020                    s/Victoria A. Roberts
                                          **U.S. DISTRICT COURT JUDGE**

Prepared by:

/s/ Kenneth A. Rich
Kenneth A. Rich (P38349)
Attorney for Daily


Approved by:

/s/ Thomas H. Randolph with permission
Thomas H. Randolph (P35363)
Attorney for Plaintiff


*Case No.: 2:19-CV-10695*
*Hon. Victoria A. Roberts*
*Stipulated Order of Dismissal with Prejudice*

2